IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE, | No. 2:11-CV-3263-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SACRAMENTO COUNTY SUPERIOR COURT, et al., | |
| Respondents. | |

   Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Final judgment was entered on July 9, 2012.

   Pending before the court are: (1) petitioner's motion for leave to file notice of appeal and certificate of appealability (Doc. 14); (2) petitioner's motion for a certificate of appealability (Doc. 15); and (3) petitioner's motion to vacate a pre-filing review order issued by the Ninth Circuit Court of Appeals (Doc. 16).   All three motions bear the name of the United States Court of Appeals for the Ninth Circuit and it appears petitioner may have intended the motions to be considered by that court.  In any event, this court has already declined to issue a certificate of appealability (see order at Doc. 10), and this court cannot vacate a pre-filing review

1

1  order issued by the Ninth Circuit. For these reasons, petitioner's motions are denied. This action
2  shall remain closed.
3         IT IS SO ORDERED.

5  DATED: August 8, 2012

                                              */s/ Craig M. Kellison*
                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE